Eileen M. GLICK and Natural Learning Educational Toys, Inc., Plaintiffs–Appellants,

v.

U.S. TOY CO., INC., Defendant–Cross Appellant.

Nos. 02–1318, 02–1371 and 02–1402.

United States Court of Appeals, Federal Circuit.

DECIDED: Aug. 5, 2003.

Before LOURIE, CLEVENGER, and RADER, Circuit Judges.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.